CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

**United States District Court**

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

**DOCKET NO.** / **MAGISTRATE'S CASE NO**
**04CRIM. 1206**

UNITED STATES OF AMERICA

v.

WU JIAN

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

WU JIAN

**WARRANT ISSUED ON THE BASIS OF:**
☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint

**DISTRICT OF ARREST**

**TO:** UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy, Alien Smuggling

*[Stamp: U.S. DISTRICT COURT FILED NOV 1 0 2004 S.D. OF N.Y.]*

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | Title 18 | §371 |
| | Title 8 | §1324 |

**BAIL** | **OTHER CONDITIONS OF RELEASE**

**ORDERED BY**
Honorable Kevin Nathaniel Fox

**SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)**
*[signature]*

**DATE ORDERED**
November 10, 2004

**CLERK OF COURT** | **(BY) DEPUTY CLERK** | **DATE ISSUED**

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.